

**John N. Ellison**
Direct Phone: +1 215 241 1210
Email: jellison@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 15, 2021

**VIA ECF**

The Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: <u>LRN Corp. v. Markel Ins. Co.</u>, No. 1:20-cv-8431 (S.D.N.Y.)

Dear Judge Gorenstein:

Pursuant to your June 3, 2021 Minute Order, and in light of the failure of Plaintiff LRN Corporation ("LRN") and Defendant Markel Insurance Company ("Markel") to reach resolution at mediation, please accept LRN's below proposal regarding the adjournment of the existing deadlines as to LRN and Markel in the above-captioned action. We have conferred with counsel for Markel, and the parties could not reach agreement on a revised schedule for the action.

| **Discovery Category** | **Previous Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to serve Requests for Production of Documents | May 14, 2021 | 7 days after entry of an order granting an updated scheduling order |
| Deadline to serve Interrogatories | May 14, 2021 | 7 days after entry of an order granting an updated scheduling order |
| Deadline to complete Fact Depositions | June 30, 2021 | 45 days after entry of an order ruling on LRN's Motion to Compel |
| Deadline to serve Requests to Admit | June 15, 2021 | 30 days after entry of an order ruling on LRN's Motion to Compel |
| Completion of Fact Discovery | July 12, 2021 | 60 days after entry of an order ruling on LRN's Motion to Compel |

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

The Honorable Gabriel W. Gorenstein
July 15, 2021
Page 2



| Completion of Expert Discovery, including disclosure of expert reports, production of underlying documents, and depositions | August 26, 2021 | 45 days after completion of Fact Discovery |
|---|---|---|

It should be noted that LRN and Arch Insurance Company ("Arch") continue to engage in mediation dialogue and, should a settlement not be reached, LRN and Arch will submit a proposed schedule as to discovery between them within seven days of their mediation discussions concluding.

      Lastly, there are currently two pending matters before the Court for resolution: (1) Motion to Dismiss the Complaint filed by Markel on February 1, 2021 ("Motion to Dismiss"); and (2) May 25, 2021 request by LRN for an informal conference, pursuant to Local Rule 37.2, compelling further discovery responses from Markel ("Motion to Compel"). Both the Motion to Dismiss and Motion to Compel have been fully briefed by the parties.

Respectfully submitted,

John N. Ellison

JNE:kak

cc:    David M. Halbreich, Esq. (via ECF)
        Lisa A. Szymanski, Esq. (via ECF)
        Michael R. Delhagen, Esq. (via ECF *MDelhagen@tresslerllp.com*)
        Jennifer L. Zaluski, Esq. (via ECF *JZaluski@tresslerllp.com*)
        Michael R. Goodstein, Esq. (via ECF *mgoodstein@baileycav.com*)
        Peter Scoolidge, Esq. (via ECF *peter@sprfllp.com*)