UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/21
```

LRN Corporation,

                Plaintiff,

     –v–

Markel Insurance Co., *et al.*,

                Defendant.

20-cv-8431 (AJN)(GWG)

ORDER

ALISON J. NATHAN, District Judge:

      This Court's Order dated August 16, 2021, Dkt. No. 61, was entered in error and the Clerk of Court is respectfully directed to vacate it.

      SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                      ALISON J. NATHAN
                               United States District Judge