UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21

| | |
|---|---|
| LRN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MARKEL INSURANCE COMPANY and ARCH INSURANCE COMPANY,<br><br>Defendants. | No. 1:20-cv-08431-AJN-GWG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARCH INSURANCE COMPANY ONLY AND PROPOSED ORDER** |

Plaintiff LRN Corporation ("LRN"), by counsel, and Defendant Arch Insurance Company ("Arch"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised, settled and memorialized in a confidential Settlement Agreement, and that LRN's cause of action against Arch only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

REED SMITH LLP

Dated: September 15, 2021

John N. Ellison
599 Lexington Avenue
New York, NY 10022
T:  (212) 521-5400
jellison@reedsmith.com

David M. Halbreich
Margaret C. McDonald
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

        T:  (213) 457-8000
        dhalbreich@reedsmith.com
        mcmcdonald@reedsmith.com

        Lisa A. Szymanski
        Three Logan Square
        1717 Arch Street, Suite 300
        Philadelphia, PA 19103
        T:  (215) 851-8100
        lszymanski@reedsmith.com

        *Counsel for Plaintiff LRN Corporation*

Dated: September 15, 2021

        Peter J. Scoolidge
        **SCOOLIDGE PETERS RUSSOTTI**
          **& FOX, LLP**
        2 Park Avenue, 19th Floor
        New York, NY 10016
        T:  (212) 729-7708
        peter@sprfllp.com

        Michael R. Goodstein
        **BAILEY CAVALIERI LLC**
        10 W. Broad Street, Suite 2100
        Columbus, OH 43215
        T:  (614) 229-3231
        mgoodstein@baileycav.com

        *Counsel for Defendant Arch Insurance Co.*

- 3 -

## ~~PROPOSED~~ ORDER APPROVING
## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ARCH INSURANCE COMPANY ONLY

**DONE AND ORDERED** in New York, New York, this 15th day of Sept., 2021.

THE HONORABLE  Alison J. Nathan

Copies furnished:
All counsel of record

SO ORDERED:

*Alison J. Nathan*  J.

9/15/21

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused the foregoing to be filed electronically using the Court's ECF System, which will send notification of such filing on all counsel of record:

Michael Delhagen, Esq.
Jennifer Zaluski, Esq.
Tressler LLP
One Penn Plaza, Suite 4701
New York, New York 10119
mdelhagen@tresslerllp.com
jzaluski@tresslerllp.com

Daniel Formeller, Esq.
Tressler LLP
233 S. Wacker Dr.
61st Floor
Chicago, IL 60606
dformeller@tresslerllp.com

*Counsel for Defendant Markel Insurance Company*

Michael Goodstein, Esq.
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215
mgoodstein@baileycav.com

Peter Scoolidge, Esq.
Scoolidge, Peters, Russotti & Fox, LLP
2 Park Avenue - 19th Floor
New York, NY 10016
peter@sprfllp.com

*Counsel for Defendant Arch Insurance Company*

Dated: September 15, 2021

*s/ John N. Ellison*
John N. Ellison
*Counsel for Plaintiff LRN Corporation*