# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LRN CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>MARKEL INSURANCE COMPANY and<br>ARCH INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:20-cv-08431-AJN |

**PLAINTIFF'S NOTICE OF DEPOSITION OF ANTHONY F. MARKEL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure Rule 30, Plaintiff LRN Corporation will take the oral deposition of **Anthony F. Markel**. The deposition shall commence at a time, date and manner determined by the parties following the commencement of discovery following the stay. The deposition will be recorded by stenographic means. Plaintiff also reserves the right to record the testimony by audio or video technology, including videotape and cloud-based technology. Please take notice that the court reporter, a notary public or other person duly authorized by law to administer oaths, may conduct the deposition from a remote location as if the reporter, or other duly authorized person, were physically present in the room with the deponent. The deposition is to be taken for the purposes of discovery, examination, cross-examination, perpetuation of testimony, and any and all purposes allowed by law.

- 2 -

Dated: New York, New York
       July 9, 2021

                                    Respectfully submitted,

                                    /s/ John N. Ellison
                                    REED SMITH LLP
                                    599 Lexington Avenue
                                    New York, NY  10022
                                    T:  (212) 521-5400
                                    F:  (212) 521-5450
                                    jellison@reedsmith.com

                                    David M. Halbreich (admitted *pro hac vice*)
                                    355 South Grand Avenue, Suite 2900
                                    Los Angeles, CA  90071
                                    T:  (213) 457-8000
                                    F:  (213) 457-8080
                                    dhalbreich@reedsmith.com

                                    Mark S. Hersh (admitted *pro hac vice*)
                                    10 South Wacker Drive
                                    Chicago, IL  60606
                                    T:  (312) 207-1000
                                    F:  (312) 207-6400
                                    mhersh@reedsmith.com

                                    Lisa A. Szymanski (admitted *pro hac vice*)
                                    Three Logan Square
                                    1717 Arch Street, Suite 3100
                                    Philadelphia, PA  19103
                                    T:  (215) 851-8100
                                    F:  (215) 851-1420
                                    lszymanski@reedsmith.com

                                    *Attorneys for Plaintiff LRN Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Deposition to be served via electronic mail on all counsel of record listed below:

| | |
|---|---|
| Michael R. Delhagen, Esq.<br>Jennifer L. Zaluski, Esq.<br>TRESSLER LLP<br>One Penn Plaza, Suite 4701<br>New York, NY 10119<br>T:  (646) 833-0900<br>mdelhagen@tresslerllp.com<br>jzaluski@tresslerllp.com<br><br>*Counsel for Defendant Markel Insurance Company* | Peter Scoolidge<br>SCOOLIDGE PETERS RUSSOTTI<br>  & FOX, LLP<br>2 Park Avenue - 20th Floor<br>New York, NY 10016<br>T: (212) 729-7708<br>peter@sprfllp.com<br><br>Michael R. Goodstein<br>BAILEY CAVALIERI LLC<br>10 W. Broad Street, Suite 2100<br>Columbus, OH 43215<br>T: (614) 229-3231<br>mgoodstein@baileycav.com<br><br>*Counsel for Defendant Arch Insurance Company* |
| Dated:  July 9, 2021 |        s/John N. Ellison |