USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LRN Corporation,

               Plaintiff,

        –v–

Markel Insurance Company,

               Defendant.

20-cv-8431 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the discovery extension, the post-discovery conference scheduled for January 21, 2022 is hereby ADJOURNED to March 11, 2022 at 3:00 p.m. in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: December 27, 2021

_____
ALISON J. NATHAN
United States District Judge
New York, New York