UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022

LRN Corporation,

        Plaintiff,

–v–

Markel Insurance Company,

        Defendant.

20-cv-8431 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of the stay in this action, *see* Dkt. No. 88, the post-discovery conference scheduled for March, 11, 2022, is hereby ADJOURNED sine die.

    SO ORDERED.

Dated: February 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge