

**David M. Halbreich**
Direct Phone: +1 213 457 8033
Email: dhalbreich@reedsmith.com

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

November 11, 2022

**Via Electronic Filing (ECF)**

**MEMORANDUM ENDORSED**

The Honorable Gabriel W. Gorenstein
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *LRN Corp. v. Markel Ins. Co.*, No. 1:-20-cv-8431-AJN-GWG

Dear Judge Gorenstein:

This letter is submitted jointly on behalf of Plaintiff, LRN Corp. ("LRN") and Defendant, Markel Insurance Co. ("Markel"), (collectively "the Parties") in the above-captioned insurance coverage action (the "Action").

As Your Honor is aware, on August 18, 2022, at the Parties' request, the Court adjourned all deadlines in the matter and ordered the Parties to report on the status of settlement by September 2. (Dkt. 95). Thereafter, the Court granted further extensions of the stay. (Dkt. 96, Dkt. 98). The Parties requested the stay because they had reached an agreement in principle to settle, contingent upon the settlement of the underlying action styled *Robert A Davidow v. LRN Corp., et al.*, pending in the Delaware Chancery Court, Case No. 2019-0150-MTZ (the "*Davidow* Litigation").

This letter is to update Your Honor that the parties to the *Davidow* Litigation have now reached a settlement in principle. As such, the Parties request that the Action continue to be stayed until they can document the settlement and file a stipulation of dismissal.

Respectfully Submitted,

**/s/ David M. Halbreich**
David M. Halbreich

DMH:sd

cc:   All Counsel of Record (via ECF)

In light of the potential for settlement, all deadlines in this matter are adjourned sine die. The parties shall report to the Court by January 11, 2023, by letter as to the status of settlement.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 10, 2022

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-170091149.1