- 3 -

## PROPOSED ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

**DONE AND ORDERED** in _____, New York, this \_\_\_\_day of \_\_\_\_\_, 2022.

_____
THE HONORABLE MAGISTRATE
JUDGE GABRIEL W. GORENSTEIN

Copies furnished:
All counsel of record


SO ORDERED:



_____ J.