**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LRN CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MARKEL INSURANCE COMPANY and ARCH INSURANCE COMPANY,<br><br>        Defendants. | No. 1:20-cv-08431-AJN-GWG<br><br>**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE AND PROPOSED ORDER** |

Pursuant to Rule 4l(a)(2) of the Federal Rules of Civil Procedure, it is hereby **STIPULATED** and **AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Markel Insurance Company, and that all matters herein between them have been compromised, settled and memorialized in a confidential Settlement Agreement, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**REED SMITH LLP**

Dated: December 20, 2022

David M. Halbreich, Esq.
Margaret C. McDonald, Esq.
Nicolas Pappas, Esq.
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
T:  (213) 457-8000
dhalbreich@reedsmith.com
mcmcdonald@reedsmith.com
npappas@reedsmith.com

John N. Ellison, Esq.
599 Lexington Avenue
New York, NY 10022
T:  (212) 521-5400
jellison@reedsmith.com

- 2 -

        Lisa A. Szymanski, Esq.
        Three Logan Square
        1717 Arch Street, Suite 300
        Philadelphia, PA 19103
        T:  (215) 851-8100
        lszymanski@reedsmith.com

        *Counsel for Plaintiff,*
        *LRN Corporation*

Dated: December 20, 2022

        /s/ Michael Delhagen
        Michael Delhagen, Esq.
        Jennifer Zaluski, Esq.
        Tressler LLP
        One Penn Plaza, Suite 4701
        New York, New York 10119
        mdelhagen@tresslerllp.com
        jzaluski@tresslerllp.com

        Daniel Formeller, Esq.
        Tressler LLP
        233 S. Wacker Dr.
        61st Floor
        Chicago, IL  60606
        dformeller@tresslerllp.com

        *Counsel for Defendant,*
        *Markel Insurance Company*

- 3 -

## PROPOSED ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

**DONE AND ORDERED** in <u>New York</u>, New York, this <u>12</u> day of <u>January</u>, 2023.

The Clerk is requested to close this case.

_____
THE HONORABLE MAGISTRATE
JUDGE GABRIEL W. GORENSTEIN

Copies furnished:
All counsel of record

SO ORDERED:

_____
J.